THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Kevin Black, Appellant.
 
 
 

Appeal From Pickens County
J. Mark Hayes, II, Circuit Court Judge
Unpublished Opinion No.   2009-UP-472
Submitted October 1, 2009  Filed October
 13, 2009 
APPEAL DISMISSED

 
 
 
 Appellate Defender M. Celia Robinson, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Robert M. Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM:  Kevin
 Black appeals his guilty pleas for first-degree assault with intent to commit
 criminal sexual conduct with a minor and lewd act upon a child. On appeal, his
 counsel argues his guilty pleas did not comply with the mandates set forth in Boykin
 v. Alabama, 395 U.S. 238 (1969).  Additionally, Black filed a pro se
 brief.  After a thorough
 review of the record and all briefs pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1] 
APPEAL
 DISMISSED.
Huff, Thomas, and Pieper, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.